# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SALEEM NURIDDIN ABDULLAH #314909 | * | |
| (a/k/a: David Zoltar) | * | |
| Petitioner | * | |
| v | * | Civil Action No.  PJM-11-2717 |
| J. MICHAEL STOUFFER and | * | |
| J.P. MORGAN | * | |
| Respondents | * | |
| | *** | |

## MEMORANDUM

The above-captioned Petition for Writ of Habeas Corpus was filed pursuant to 28 U.S.C. §2254 on September 21, 2011.  Abdullah claims his release was ordered by the Circuit Court for Baltimore City in 2004 and seeks enforcement of that order.  *Id*.  The petition must be dismissed as successive.  Abdullah previously challenged the same convictions in this Court.  That petition was dismissed the petition as untimely on January 29, 2010.  *See Zoltar v. Shearin*, Civil Action No. PJM-09-1943 (D. Md.) (ECF No. 20 and 21).  A second petition was dismissed as successive on March 6, 2011.  *See Abdullah v. Division of Correction*, Civil Action No. PJM-11-567 (D. Md.) (ECF No. 4 and 5).

A certificate of appealability is denied because it cannot be demonstrated that jurists of reason would find it debatable whether (1) the pleading states a valid claim of denial of a constitutional right and (2) the district court was correct in this procedural ruling.  *See Rouse v. Lee*, 252 F. 3d 676, 684 (4th Cir. 2001) *quoting Slack v. Daniel*, 529 U.S. 473, 484 (2000).  A separate Order follows.

<br>

September 30, 2011

                                                              /s/
                                                   PETER J. MESSITTE
                                           UNITED STATES DISTRICT JUDGE